35128. THORNTON *et al.* v. COURVOISIER.

NICHOLS, J. A judgment sustaining any or all demurrers to a petition and allowing time for amendment is not subject to exception or review. Code § 81-1001 as amended (Ga. L. 1952, p. 243); *Aiken* v. *State Farm Mut. &c. Ins. Co.*, 88 *Ga. App.* 131 (76 S. E. 2d 141); *Cates* v. *Owens*, 87 *Ga. App.* 270 (73 S. E. 2d 345); *Community Theatres Co.* v. *Burney*, 87 *Ga. App.* 165 (73 S. E. 2d 104); *Barron* v. *Foster*, 87 *Ga. App.* 119 (73 S. E. 2d 102). The writ of error to a judgment overruling general and special demurrers to a petition, sustaining a special demurrer to the petition, and allowing the plaintiff fifteen days for amendment, is premature and must be

*Dismissed. Felton, C. J., and Quillian, J., concur.*

DECIDED APRIL 12, 1954.

*Hurt, Gaines & Baird, J. Corbett Peek, Jr.*, for plaintiffs in error.
*Stonewall H. Dyer, Jack P. Turner*, contra.